In re:

    A.S. Acquisitions

Debtor(s)

Case No: 94-54027

## ORDER TO PAY UNCLAIMED FUNDS

    It appearing that the check made payable to Hallmark Electronics, in the amount of $3,064.50 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

    It further appearing that Avnet, Inc. C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $3,064.50, to:

    Avnet, Inc.
    C/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027-0125.

Dated: 11-8-06

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

A.S. Acquisitions

Case No: 94-54027

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Avnet, Inc., claimant, hereby petitions the Court for $3,064.50, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Hallmark Electronics, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Hallmark Electronics at 10950 Washington Blvd, Culver City, CA. Subsequently, Hallmark Electronics Corporation was acquired by Avnet, Inc., as evidenced by exhibit A. Avnet, Inc. now uses the address of 10950 Washington Blvd, Culver City, CA., as evidenced by exhibit B.

The Creditor's mailing address at the time the claim was filed with the Court was:

    Hallmark Electronics
    10950 Washington Blvd
    Culver City, CA

The claimant's current mailing address is:
    Avnet, Inc.
    Mary Pacini Credit Services Manager
    2211 South 47 Street
    Phoenix, AZ 85034
    480-643-2000
    Last four digits of SS#/Tax ID: 0605

Dated: 5/26/2006

                Brian J. Dilks
                Dilks & Knopik, LLC
                PO Box 2728, Issaquah, WA 98027-0125
                (425) 836-5728

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this  26  day of  May        , 20 06 .

SEAL                    _____
                        Caryn M. Knopik, Notary Public

My commission expires: July 29, 2006
Notary in and for the State of Washington



2

SUZANNE L. DECKER, Trustee  
151 CALLAN AVENUE, SUITE 305  
SAN LEANDRO, CA 94577  
Telephone: (510) 483-4334

**FILED**  
APR 2 4 2006  

UNITED STATES BANKRUPTCY COURT  
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 94-54027-JRG |
|---|---|
| A.S. ACQUISITION CORPORATION | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $3064.50. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 2 | Hallmark Electronics, 10950 Washington Blvd., Culver City, Ca. | $2885.60 | $3064.50 |

Total Unclaimed Dividends     $3064.50

Dated: April 18, 2006

SUZANNE L. DECKER, TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

RE: A.S. Acquisitions )
) Case: 94-54027
)
) AUTHORITY TO ACT
) Limited Power of Attorney
) Limited to one Transaction
Debtor(s) )

1. **Avnet, Inc.** with a tax identification number of **11-1890605**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$3064.50** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS.

Signature: [signed] Mary Pacini
Date: 5/16/06, 20__
Title: Collections Manager - Americas

**Mary Pacini**
Collections Manager-Americas

**AVNET**

2211 South 47th Street
Phoenix, AZ 85034
T. 480-643-8143
F. 480-794-9819
mary.pacini@avnet.com

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below

[Corporate Seal: AVNET CORPORATE SEAL NEW YORK 1955]

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for Avnet, Inc. is presently unavailable to the undersigned
BY: _____
Signature and title

## ACKNOWLEDGMENT

STATE OF Arizona
COUNTY OF Maricopa

On this 16th day of May, 2006, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Mary Pacini known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC: [signed] Shirley J Straw
Residing at: Phoenix, Arizona
My Commission expires: 11/19/2009

OFFICIAL SEAL
SHIRLEY JEAN STRAW
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Comm. Expires Nov. 19, 2009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: ) Case: 94-54027
)
A.S. Acquisitions ) STATEMENT OF AUTHORITY
)
Debtor(s) )

The undersigned being first duly sworn, states that Mary Pacini, Credit Services Manager of Avnet, Inc.., is authorized to execute and deliver all documents pertaining to the recovery of Unclaimed, lost or Abandoned Property owing Avnet, Inc. Mary Pacini is also authorized to execute claim documents on behalf Avnet, Inc. and its subsidiaries and or affiliates, as required for any and all claim(s) submitted for Unclaimed, lost or Abandoned Property on the Avnet, Inc,s behalf.

Avnet, Inc.
By: _____ Dated 8/24/06
Print Name John T Clark Title Vice President

STATE OF Arizona, COUNTY OF Maricopa
On August 24, 2006 before me, personally appeared John Clark

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

OFFICIAL SEAL
SHIRLEY JEAN STRAW
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Comm. Expires Nov. 19, 2009

Shirley Jean Straw
Notary Public
My commission expires on 11/19/2009

John Clark
Vice President
Director of Credit

AVNET®

Avnet, Inc.
2211 S. 47th Street
Phoenix, AZ 85034
T. 480-643-8103
F. 480-643-7125
john.clark@avnet.com

```
            SECURITIES AND EXCHANGE COMMISSION
                   Washington, D.C. 20549

                          FORM 10-K

[X]  Annual Report Pursuant to Section 13 or 15(d) of the
     Securities Exchange Act of 1934 (Fee required)

For the fiscal year ended July 1, 1994  or

[ ]  Transition Report pursuant to Section 13 or 15(d) of the
     Securities Exchange Act of 1934 (No fee required)

For the transition period from                 to

Commission file number  1-4224

                         AVNET, INC.
     (Exact name of registrant as specified in its charter)

        New York                          11-1890605
(State or other jurisdiction of         (I.R.S. Employer
 incorporation or organization)         Identification No.)

80 Cutter Mill Road, Great Neck, New York         11021
(Address of principal executive offices)        (Zip Code)

Registrant's telephone number, including area code (516) 466-7000

Securities registered pursuant to Section 12(b) of the Act:

Title of each class      Name of each exchange on which registered
Common Stock                New York Stock Exchange and
                            Pacific Stock Exchange
6% Convertible Subordinated
Debentures Due 2012         New York Stock Exchange

Securities registered pursuant to Section 12(g) of the Act:
                              None
                        (Title of Class)
```

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
                      Yes /  x  /  No /____/

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

The aggregate market value (approximate) at September 16, 1994 of the registrant's voting stock held by non-affiliates.........$1,515,251,365.

The number of shares of the registrant's Common Stock (net of treasury shares) outstanding at September 16, 1994....40,677,889 shares.

                DOCUMENTS INCORPORATED BY REFERENCE
                _____

Certain portions of the Registrant's definitive proxy statement (to be filed pursuant to Reg. 14A) relating to the Annual Meeting of Shareholders anticipated to be held November 16, 1994 are incorporated herein by reference in Part III of this Report.

EXHIBIT  A
Page 1 of 2

Case: 94-54027   Doc# 498   Filed: 11/08/06   Entered: 11/08/06 15:43:15   Page 7 of 12

ITEM 1. Business

Avnet, Inc., incorporated in New York in 1955, together with its subsidiaries (the "Company" or "Avnet"), is the nation's largest distributor of electronic components and computer products for industrial and military customers. Electronic component distributors are a vital link in the chain that connects suppliers of semiconductors, interconnect products, passives and electromechanical devices to original equipment manufacturers (OEMs) who design and build the complete spectrum of electronic equipment that utilizes the components. Avnet's primary customers are original equipment manufacturers (OEMs), including military contractors and the military. Components are shipped either as received from its suppliers or with assembly or other value added. Avnet adds value to the components which it sells by customizing them prior to shipment to meet individual OEM customer specifications. Avnet also produces or distributes other electronic, electrical and video communications products.

On July 1, 1993 Avnet acquired Hall-Mark Electronics Corporation ("Hall-Mark") which, together with its subsidiary Allied Electronics, Inc., was the third largest electronic components distributor in North America. In Avnet's fiscal 1993 period Hall-Mark posted $744 million in sales. The acquisition added about 25,000 customers and additional distribution franchises to Avnet's Electronic Marketing Group. Except where noted, Hall-Mark's results are not included in any disclosures related to fiscal years prior to 1994.

The industry segments in which Avnet operates are as follows:

1. The Electronic Marketing Group is engaged in the marketing, assembly, and/or processing principally for industrial, commercial and military use, of electronic and electromechanical components and computer products.

2. The Video Communications Group is engaged in the manufacture, assembly and/or marketing of TV signal processing equipment. The Group's Channel Master division is a leading manufacturer of TV roof antenna and satellite receive-only antennas.

3. The Electrical and Industrial Group is engaged in the distribution of electrical motors and parts, industrial supplies, maintenance and repair parts and measuring and control devices, and the production of trophy component parts.

The sales, operating profit and identifiable assets of each of the three industry segments shown above, prepared in accordance with Financial Accounting Standards Board Statement No. 14, are shown in Note 13 to the Company's consolidated financial statements, which appears in Item 14 of this Report.

The following tables set forth, for each of Avnet's three fiscal years ended July 1, 1994, June 30, 1993 and June 30, 1992, the approximate amount of sales and net income of Avnet which is attributable to each industry segment (after allocation of Corporate results) shown above:

SALES
(in millions of dollars)

FISCAL YEARS ENDED

|  | July 1, 1994 | June 30, 1993 | June 30, 1992 |
| --- | --- | --- | --- |
| Electronic Marketing | $3,161.5 | $1,917.3 | $1,473.5 |
| Video Communications | 199.4 | 134.0 | 104.9 |
| Electrical and Industrial | 186.8 | 186.7 | 180.6 |
|  | $3,547.7 | $2,238.0 | $1,759.0 |

NET INCOME
(in millions of dollars)

FISCAL YEARS ENDED

|  | *July 1, 1994 | June 30, 1993 | June 30, 1992 |
| --- | --- | --- | --- |
| Electronic Marketing | 94.6 | $67.0 | $47.3 |

EXHIBIT A
Page 2 of 2
Case: 94-54027   Doc# 498   Filed: 11/08/06   Entered: 11/08/06 15:43:15   Page 8 of 12

## Manufacturer and Supplier Location Information

Manufacturer: AVX Corporation (CAGE Code: 16299)
Location: 3900 Electronics Drive, Raleigh, NC 27604-1698, US

Plant Location: Same Address as Manufacturer

Authorized ER Distributors: Category A
Distributor Location: Avnet, Inc., 11333 Pagemill Drive, Dallas, TX 75243, US

Authorized ER Distributors: Category A
NS - Non-Stocking: Normally does not stock parts in quantity
Distributor Locations:
1. Avnet, Inc., 2440 South 179th Street, New Berlin, WI 53146, US
2. Avnet, Inc., 9401 James Avenue, S,, Bloomington, MN 55431, US
3. Avnet, Inc., 1675 Delaney Road, Gurnee, IL 60031, US
4. Avnet, Inc., 1130 Thorndale Avenue, Bensonville, IL 60106, US
5. Avnet, Inc., 4951 Indiana Avenue, Lisle, IL 60532, US
6. Avnet, Inc., 902 S. Second Street, Marshall, IL 62441, US
7. Avnet, Inc., 3783 Rider Trail, S., Earth City, MO 63045, US
8. Avnet, Inc., 10809 Lakeview Drive, Lenexa, KS 66215, US
9. Avnet, Inc., 1010 West Chestnut, Chanute, KS 66720, US
10. Avnet, Inc., 5411 S. 125th Est Avenue, Tulsa, OK 74146, US
11. Avnet, Inc., 15151 A Surveyor, Farmers Branch, TX 75244, US
12. Avnet, Inc., 2909 Avenue E, Arlington, TX 76005, US
13. Avnet, Inc., 7410 Pebble Drive, Fort Worth, TX 76118, US
14. Avnet, Inc., 8000 Westglen, Houston, TX 77063, US
15. Avnet, Inc., 12211 Technology Boulevard, Austin, TX 78759, US
16. Avnet, Inc., 12503 E. Euclid Drive, Englewood, CO 80111, US
17. Avnet, Inc., 1201 Oak Street, Lakewood, CO 80215, US
18. Avnet, Inc., 3350 NW 53rd Street, Suites 105-107, Fort Lauderdale, FL 33309, US
19. Avnet, Inc., 2100 NW 62nd Street, Suites 105-107, Fort Lauderdale, FL 33309, US
20. Avnet, Inc., 14201 McCornich Drive, Tampa, FL 33626, US
21. Avnet, Inc., 10491 72nd Street, N., Largo, FL 34647, US
22. Avnet, Inc., 4890 University Drive, Huntsville, AL 35805, US
23. Avnet, Inc., Bldg. 1, Industrial Park, Lewisburg, TN 37091, US
24. Avnet, Inc., 1847-G Mercer Road, Lexington, KY 40511-1001, US
25. Avnet, Inc., 777 Dearborn Park Lane, Worthington, OH 43085, US
26. Avnet, Inc., 9999 Walford Avenue, Cleveland, OH 44102, US
27. Avnet, Inc., 5821 Harper Road, Solon, OH 44139, US
28. Avnet, Inc., 3100 Research Boulevard, Dayton, OH 45420, US
29. Avnet, Inc., 7760 Washington Village Drive, Dayton, OH 45459, US
30. Avnet, Inc., 4275 West 96th Street, Bldg. F, Indianapolis, IN 46268, US
31. Avnet, Inc., Highway 46, Batesville, IN 47006, US
32. Avnet, Inc., 41650 Gardenbrook Road, Suite 100, Novi, MI 48176, US
33. Avnet, Inc., 750 N. Maple Road, Saline, MI 48176, US
34. Avnet, Inc., 1746 O'Rourke Boulevard, Gayford, MI 49735, US
35. Avnet, Inc., 6 Cook Street, Billerica, MA 01821, US
36. Avnet, Inc., 10-J Centennial Drive, Peabody, MA 01960, US
37. Avnet, Inc., 125 Commerce Court, Cheshire, CT 06410, US
38. Avnet, Inc., 1 Keystone Avenue, Cherry Hill, NJ 08003, US
39. Avnet, Inc., 3075 Veterans Memorial Highway, Ronkonkoma, NY 11779, US
40. Avnet, Inc., 933-A Motor Parkway, Hauppauge, NY 11788, US
41. Avnet, Inc., El Senorail M/S Box 862, San Juan, Pu 00926, US
42. Avnet, Inc., 1057 E. Henrietta Road, Rochester, NY 14623, US
43. Avnet, Inc., 931 3rd Street, Oakmont, PA 15139, US
44. Avnet, Inc., 600 Clark Avenue, Valley forge, PA 19406, US
45. Avnet, Inc., Sunnytown Pike, Springhouse, PA 19477, US
46. Avnet, Inc., 10240 Old Columbia Road, Columbia, MD 21046, US
47. Avnet, Inc., 5234 Green's Dairy Road, Raleigh, NC 27604, US
48. Avnet, Inc., U.S. Route 97, Elm City, NC 27822, US
49. Avnet, Inc., 5250 77 Center Drive, Suite 28, Charlotte, NC 28217, US
50. Avnet, Inc., 3425 Corporate Way, Duluth, GA 30136, US
51. Avnet, Inc., 7079 University Boulevard, Winger Park, FL 32792, US

**Manufacturer and Supplier Location Information**

52. Avnet, Inc., 1100 East 6600 S., Suite 120, Salt Lake City, UT  84121, US
53. Avnet, Inc., 4637 South 36th Place, Phoenix, AZ  85040, US
54. Avnet, Inc., 60 S. McKemy Road, Chandler, AZ  85226, US
55. Avnet, Inc., 615 S. River Road, Tempe, AZ  85281, US
56. Avnet, Inc., 7801 Academy Road NE, Suite 102, Alabuquerque, NM  87110, US
57. Avnet, Inc., 10950 Washington Boulevard, Culver City, CA  90232, US
58. Avnet, Inc., 21150 Califa Street, Woodland Hills, CA  91367, US
59. Avnet, Inc., 4545 Viewridge Avenue, San Diego, CA  92123, US
60. Avnet, Inc., 3170 Pullman Street, Costa Mesa, CA  92626, US
61. Avnet, Inc., 3115 West Warner Avenue, Santa Ana, CA  92704, US
62. Avnet, Inc., 8200 W. Tower Avenue, Milwukee, WI  93222, US
63. Avnet, Inc., 167 West Poplar, Porterville, CA  93257, US
64. Avnet, Inc., 2991 N. Argyle Avenue, Fresno, CA  93772, US
65. Avnet, Inc., 1555 Adams Drive, Menlo Park, CA  94025, US
66. Avnet, Inc., 2105 Lundy Lane, San Jose, CA  95131, US
67. Avnet, Inc., 580 Menlo Drive, Rocklin, CA  95677, US
68. Avnet, Inc., 710 Wooten Road, Suite 28, Colorado Springs, CO  80915, US
69. Avnet, Inc., 2345 Turner Road, SE, Salem, OR  97302, US
70. Avnet, Inc., 7101 Supra Drive, Albany, OR  97321, US
71. Avnet, Inc., 959 Terry Hale, Eugene, OR  97402, US
72. Avnet, Inc., 8630 154th Avenue, NE, Redmond, WA  98052, US
73. Avnet, Inc., 545 W, 2925 N. Goldie Road, Oak harbor, WA  98277, US
74. Avnet, Inc., West 1500 First Street, Cheney, WA  99004, US
75. Avnet, Inc., 7575 Transcanada Highway, Suite 600, St. Laurent, Qu  H4T IV6, Canada
76. Avnet, Inc., 190 Colonnade Road, Nepean, On  K2E 7J5, Canada
77. Avnet, Inc., 151 Superior Boulevard, Units 1-6, Mississauga, On  L5T 2L1, Canada
78. Avnet, Inc., 8610 Commerce Court, Burnaby, Br  V5A 4N6, Canada
79. Avnet, Inc., 9750 SW Nimbus, Beaverton, OR  97005, US



# PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on 5/26/2006 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102 by U.S. Mail.

I certify under the penalty of perjury that the above statement is true and correct and was executed on 6/8/2006.

*[signature]*

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Avnet, Inc.
Case Number: 94-54027
$3,064.50